IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ANTRAVENO JAROD PIERCE,<br><br>          Plaintiff,<br><br>V.<br><br>Chief Judge JOHN KENT EDWARDS, JR., *et al.*,<br><br>          Defendants. | NO. 7:23-cv-00014-WLS-TQL |

## ORDER OF DISMISSAL

Plaintiff Antreveno Jarod Pierce filed a civil rights complaint under 42 U.S.C. § 1983. Compl., ECF No. 1. On initial review of Plaintiff's complaint, it was unclear whether Plaintiff was actually seeking relief under 42 U.S.C. § 1983 or whether, instead, Plaintiff intended to file a petition for a writ of habeas corpus under 28 U.S.C. § 2254. As a result, Plaintiff was ordered to clarify whether he intended to file a § 1983 civil rights action or a § 2254 habeas petition before this case could proceed. Order, ECF No. 4. Plaintiff was also ordered to file a certified account statement in support of his motion to proceed *in forma pauperis*. *Id.* Plaintiff was given fourteen days to comply and was cautioned that his failure to do so could result in the dismissal of this case. *Id.*

More than fourteen days passed following entry of that order, and Plaintiff did not take any of the ordered actions or otherwise respond to the order. Accordingly, Plaintiff was ordered to show cause to the Court why this case should not be dismissed based on his failure to comply with the prior order. Plaintiff was given fourteen days to respond and

was cautioned that his failure to do so would likely result in the dismissal of this case.

More than fourteen days have passed since entry of the show cause order, and Plaintiff has not responded to that order. Thus, because Plaintiff has failed to respond to the Court's orders or otherwise prosecute this case, the complaint is now **DISMISSED WITHOUT PREJUDICE.** See Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order." (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978))).

**SO ORDERED**, this 27th day of April, 2023.

W. LOUIS SANDS, SR. JUDGE
**UNITED STATES DISTRICT COURT**