IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ANTRAVENO JAROD PIERCE, | * |
| Plaintiff, | * |
| v. | Case No.  7:23-cv-14(WLS) |
| | * |
| Chief Judge JOHN KENT EDWARDS, JR., et al., | * |
| | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 27, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 28th day of April, 2023.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk